# DECISIONES PER CURIAM.

## Mayo 30 de 1916 a Marzo 15, 1917.

No. 162. DAUBÓN, PETICIONARIO, *v.* CÓRDOVA DÁVILA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Junio 5, 1916. *Denegada la solicitud.*

No. 1015. EL PUEBLO, APELADO, *v.* SOTO, APELANTE.—Acometimiento y agresión con circunstancias agravantes. Aguadilla. Junio 12, 1916. *Confirmada la sentencia.*

No. 1018. EL PUEBLO, APELADO, *v.* CASAS ET AL., APELANTES.—Libelo. Humacao. Junio 12, 1916. *Revocada la sentencia y absueltos los acusados.*

No. 1025. EL PUEBLO, APELADO, *v.* FLORES, APELANTE.—Infracción Ley Pesas y Medidas. San Juan, Sección 2ª. Junio 16, 1916. *Confirmada la sentencia.*

No. 1497. ACEVEDO, APELADO, *v.* LÓPEZ, APELANTE.—Administración judicial. Aguadilla. Junio 19, 1916. *Confirmada la resolución. En julio, 1916, denegada la reconsideración.*

No. 1522. JIMÉNEZ ET AL., APELANTES, *v.* MARTÍNEZ, APELADO.—Demolición de obra e indemnización. San Juan, Sección Primera. Junio 20, 1916. *Desestimada la apelación.*